ATEER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Smith, JJ.

SARAH GELB, Respondent, v. LOUIS FIRSTENBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

INTERBOROUGH RAPID TRANSIT COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BERNHEIMER & SCHWARTZ PILSNER BREWING COMPANY, Appellant, v. KUNIGUNDA WINDOLPH, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GEORGE McM. GODLEY, as Executor, etc., of ELIZABETH McM. GODLEY, Deceased, Respondent, v. CRANDALL & GODLEY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JAMES J. E. BURKE, Appellant, v. OCEAN STEAMSHIP COMPANY OF SAVANNAH, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HERMAN SIPF MORE and Another, Copartners, etc., Respondents, v. MARINE BROKERS CORPORATION, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CHARLOTTE MURPHY v. PATRICK McMAHON.— Motion to dismiss appeal granted, with ten dollars costs.. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GERRISH H. MILLIKEN and Others v. JULIUS PEZENIK.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LEO K. STUPELL v. ANNIE RABINOWITZ.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JACOB MARYANOV and Others v. WILLIAM M. BARRETT, as President, etc. —Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

I. J. KRESHOVER COMPANY, INC., v. 123-5 WAVERLY PLACE REALTY COMPANY, INC.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JAMES F. GALLAGHER v. McREYNOLDS OIL AND REFINING COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HENRY HOERST v. FOREST BOX AND LUMBER COMPANY.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

C. DRUCKLIEB, INC., v. J. EARLY WOOD, INC.—Application denied, with